UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                    :

MOHAMMED SADAT,                        :

                        :

                Plaintiff,           :           19-CV-5053 (JMF)

                        :

      -v-                          :              ORDER

                        :

STATE UNIVERSITY OF NEW YORK UPSTATE  :

MEDICAL UNIVERSITY et al.,          :

                        :

                Defendants.      :

                        :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In light of the circumstances surrounding COVID-19, the Court will not hold the upcoming conference in this case in person.  Counsel should submit their joint status letter on ECF no later than this Thursday, July 16, 2020, the contents of which are described in the Case Management Plan and Scheduling Order.  ECF No. 42.  Notwithstanding the indefinite stay on discovery, *see* ECF No. 66, the Court is inclined to hold the upcoming conference by telephone to determine what, if anything, the Court can do to move this case along.  In their joint letter, however, the parties should indicate whether they can do without a conference altogether and also propose ways to resolve this matter (such as through mediation or referral to the magistrate judge for settlement) in light of the current pandemic.

        After reviewing the parties' joint status letter, the Court will issue an order indicating whether the conference is cancelled and addressing any other relevant deadlines and information. If a conference is held, it will be by telephone, albeit perhaps at a different time.  To that end, if counsel believe that a conference would be appropriate, they should indicate in their joint status letter dates and times during the week of the currently scheduled conference that they would be available for a telephone conference.  In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

        SO ORDERED.

Dated: July 13, 2020
      New York, New York                _____
                                            JESSE M. FURMAN
                                   United States District Judge